# Order

**Supreme Court**
**Lansing, Michigan**

October 6, 2005

Clifford W. Taylor,
Chief Justice

128199

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                  SC: 128199
                                  COA: 250016
                                  Genesee CC: 02-009938-FH

TOMMY LEE BROWN, JR.,
      Defendant-Appellee.

_____/

      By order of May 5, 2005, the application for leave to appeal was held in abeyance pending the decision in *People v Houston* (Docket No. 126025). On order of the Court, the opinion having been issued on July 26, 2005, 473 Mich 399 (2005), the application is again considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the January 27, 2005 judgment of the Court of Appeals and REMAND this case to the Genesee Circuit Court for resentencing. As we held in *Houston*, under the circumstances of this case, OV 3 should be scored at 25 points.

      We do not retain jurisdiction.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 6, 2005                                 _____

s0929                                                  Clerk